**J. C. Auffenberg, Inc., Plaintiff-Appellee, v. Local 604, International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers et al., Defendants-Appellants.**

Term No. 53–F–1.

Jones, Ottesen & Fleming, for appellants; Joseph H. Goldenhersh, and R. E. Costello, for appellee. Opinion by Presiding Justice Bardens. **Not to be published in full.** Opinion filed February 26, 1953; released for publication April 24, 1953.